Certificate Number: 17082-PAM-DE-035290430

Bankruptcy Case Number: 21-00065



17082-PAM-DE-035290430

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on January 21, 2021, at 1:36 o'clock PM MST, DEBRA FEATHERMAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 21, 2021   By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director