United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00065-RNO

Debra L Featherman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 24, 2021     Form ID: ntcnfhrg     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra L Featherman, 1905 Spring Garden Ave, Berwick, PA 18603-2532 |
| 5384813 | + | DNF Associates, 2351 North Forest Road Suite 110, Getzville NY 14068-9902 |
| 5391186 | | Geisinger, PO Box 983148, Boston MA 02298-3148 |
| 5384815 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5391187 | + | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5387503 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5384817 | + | Midland Funding LLC, 320 East Big Beaver Road STE 300, Troy MI 48083-1271 |
| 5384818 | + | Phila Federal CU, 12800 Townsend Road, Philadelphia PA 19154-1095 |
| 5390981 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 5384820 | | Raymour & Flanigan Furniture, P. O. Box 130, Mahwah, NJ 07430 |
| 5384821 | #+ | Raymour and Flanigan, 1000 Macarthur Bv, Mahwah NJ 07430-2035 |
| 5384823 | + | Tbom/Fortiva MC, PO BOX 105555, Atlanta, GA 30348-5555 |
| 5384825 | + | The Bureaus, 650 Dundee Road Suite 370, Northbrook IL 60062-2757 |
| 5391189 | + | The Home Depot, PO Box 9001010, Louisville KY 40290-1010 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 19:05:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387346 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 19:05:59 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5384808 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 19:05:27 | Capital One Bank USA NA, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5384809 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 19:05:59 | Capital One/Walmart, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5384810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 24 2021 18:56:00 | Comenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5385119 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 24 2021 18:56:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5384811 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 24 2021 18:56:00 | Credit Acceptance Corporation, PO Box 5070, Southfield MI 48086-5070 |
| 5384812 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2021 19:05:28 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5391188 | + | Email/Text: Bankruptcy.Consumer@dish.com | Feb 24 2021 18:56:00 | Dish, PO Box 94063, Palatine IL 60094-4063 |
| 5384814 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 24 2021 18:56:00 | Feb-Retail, PO Box 4499, Beaverton OR 97076-4499 |

Case 5:21-bk-00065-RNO    Doc 19    Filed 02/26/21    Entered 02/27/21 00:36:42    Desc
Imaged Certificate of Notice     Page 1 of 3

| Recipient | | Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 5384816 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2021 18:56:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5384819 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 19:05:27 | Portfolio Recovery Associates, 120 Corporate Boulevard STE 100, Norfolk VA 23502 |
| 5384981 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 19:05:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5391185 | | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 19:05:25 | Synchrony Bank, PO Box 960061, Orlando FL 32896-0061 |
| 5384822 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 19:05:25 | Synchrony Networks, PO Box 965036, Orlando FL 32896-5036 |
| 5384824 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2021 19:05:59 | TBOM/Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5391189 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 19:06:43 | The Home Depot, PO Box 9001010, Louisville KY 40290-1010 |
| 5384826 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 24 2021 18:56:00 | Verizon Wireless, PO Box 650051, Dallas TX 75265-0051 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Debra L Featherman johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Debra L Featherman,
aka Debra L Featherman,

**Debtor 1**

Chapter 13

Case No. 5:21−bk−00065−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 31, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court  The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: April 7, 2021  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 24, 2021 |

ntcnfhrg (03/18)

Case 5:21-bk-00065-RNO    Doc 19    Filed 02/26/21    Entered 02/27/21 00:36:42    Desc
Imaged Certificate of Notice    Page 3 of 3