United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                      Case No. 21-00065-HWV

Debra L Featherman                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                              Page 1 of 3
Date Rcvd: Mar 26, 2021                      Form ID: nttextS                                       Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra L Featherman, 1905 Spring Garden Ave, Berwick, PA 18603-2532 |
| 5384813 | + | DNF Associates, 2351 North Forest Road Suite 110, Getzville NY 14068-9902 |
| 5391186 | | Geisinger, PO Box 983148, Boston MA 02298-3148 |
| 5384815 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5392952 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5391187 | + | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5387503 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5384817 | + | Midland Funding LLC, 320 East Big Beaver Road STE 300, Troy MI 48083-1271 |
| 5384818 | + | Phila Federal CU, 12800 Townsend Road, Philadelphia PA 19154-1095 |
| 5390981 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 5384820 | | Raymour & Flanigan Furniture, P. O. Box 130, Mahwah, NJ 07430 |
| 5384821 | #+ | Raymour and Flanigan, 1000 Macarthur Bv, Mahwah NJ 07430-2035 |
| 5384823 | + | Tbom/Fortiva MC, PO BOX 105555, Atlanta, GA 30348-5555 |
| 5393645 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5384825 | + | The Bureaus, 650 Dundee Road Suite 370, Northbrook IL 60062-2757 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 20:02:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5394144 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:56:38 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5387346 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 19:55:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5384808 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 19:59:07 | Capital One Bank USA NA, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5384809 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 20:01:37 | Capital One/Walmart, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5384810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 19:43:00 | Comenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5385119 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 26 2021 19:42:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5384811 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 26 2021 19:42:00 | Credit Acceptance Corporation, PO Box 5070, Southfield MI 48086-5070 |
| 5384812 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2021 19:55:41 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5391188 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 26 2021 19:44:00 | Dish, PO Box 94063, Palatine IL 60094-4063 |
| 5384814 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 26 2021 19:46:00 | Feb-Retail, PO Box 4499, Beaverton OR 97076-4499 |
| 5384816 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 26 2021 19:42:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5397855 | | Email/Text: camanagement@mtb.com | Mar 26 2021 19:43:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5384819 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 20:02:21 | Portfolio Recovery Associates, 120 Corporate Boulevard STE 100, Norfolk VA 23502 |
| 5394301 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:59:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5384981 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:55:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5391185 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:55:12 | Synchrony Bank, PO Box 960061, Orlando FL 32896-0061 |
| 5384822 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:55:11 | Synchrony Networks, PO Box 965036, Orlando FL 32896-5036 |
| 5384824 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 20:00:53 | TBOM/Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5393407 | + | Email/Text: documentfiling@lciinc.com | Mar 26 2021 19:42:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5391189 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 20:02:13 | The Home Depot, PO Box 9001010, Louisville KY 40290-1010 |
| 5394736 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 26 2021 20:02:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5384826 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 26 2021 19:42:00 | Verizon Wireless, PO Box 650051, Dallas TX 75265-0051 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5393374 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Debra L Featherman johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Debra L Featherman,
aka Debra L Featherman,

**Debtor 1**

Chapter 13

Case No. 5:21−bk−00065−HWV

## Notice

A hearing in this matter is currently scheduled for 4/7/2021. Due to the retirement of Judge Opel, this matter has been transferred to Chief Judge Van Eck. Please note that Chief Judge Van Eck does not conduct evidentiary hearings at the time of the confirmation hearing. If is determined that an evidentiary hearing is necessary, it will be scheduled for a future date . (Boyle, Cindy)

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2021 |

Notice Text Entries (Form nttext) (3/20)