IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH L FEATHERMAN : Chapter 13
:
Debtors : Case No. 5:21-bk-00065

# CERTIFICATION OF NO ANSWER/REPONSE

AND NOW COMES the Debtors, by and through Attorney John Fisher, and files the following Certification of No Answer/Response averring as follows:

1. On August 5, 2022, Debtor filed a Motion to Approve Personal Injury Settlement.

2. This Honorable Court set the objection deadline at August 26, 2022.

3. No objections or responses were filed.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order granting the Motion to Approve Personal Injury Settlement.

Date: August 30, 2022

s/ John Fisher
John Fisher, Esq.
Attorney for Debtor
126 South Main Street
Pittston, PA 18640