United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00065-MJC
Debra L Featherman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 22, 2024      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra L Featherman, 1905 Spring Garden Ave, Berwick, PA 18603-2532 |
| 5384813 | + | DNF Associates, 2351 North Forest Road Suite 110, Getzville NY 14068-9902 |
| 5391186 | | Geisinger, PO Box 983148, Boston MA 02298-3148 |
| 5384820 | | Raymour & Flanigan Furniture, P. O. Box 130, Mahwah, NJ 07430 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 22 2024 23:42:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jan 22 2024 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AIS.COM | Jan 22 2024 23:42:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5394144 | + | EDI: PRA.COM | Jan 22 2024 23:42:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5387346 | | EDI: CAPITALONE.COM | Jan 22 2024 23:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5384808 | + | EDI: CAPITALONE.COM | Jan 22 2024 23:42:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5384809 | + | EDI: CAPITALONE.COM | Jan 22 2024 23:42:00 | Capital One/Walmart, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5384810 | + | EDI: WFNNB.COM | Jan 22 2024 23:42:00 | Comenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5385119 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 22 2024 18:40:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5384811 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 22 2024 18:40:00 | Credit Acceptance Corporation, PO Box 5070, Southfield MI 48086-5070 |
| 5384812 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2024 18:49:33 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5391188 | + | EDI: DISH | Jan 22 2024 23:42:00 | Dish, PO Box 94063, Palatine IL 60094-4063 |
| 5384814 | + | EDI: PHINGENESIS | Jan 22 2024 23:42:00 | Feb-Retail, PO Box 4499, Beaverton OR |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 97076-4499 |
| 5384815 | ^ | MEBN | Jan 22 2024 18:39:04 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5392952 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2024 18:40:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5384816 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2024 18:40:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5397855 | | Email/Text: camanagement@mtb.com | Jan 22 2024 18:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5391187 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2024 18:40:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5387503 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5384817 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2024 18:40:00 | Midland Funding LLC, 320 East Big Beaver Road STE 300, Troy MI 48083-1271 |
| 5390981 | | Email/Text: CollectionsDept@PFCU.COM | Jan 22 2024 18:40:00 | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154 |
| 5384819 | | EDI: PRA.COM | Jan 22 2024 23:42:00 | Portfolio Recovery Associates, 120 Corporate Boulevard STE 100, Norfolk VA 23502 |
| 5431288 | | EDI: PRA.COM | Jan 22 2024 23:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5431289 | | EDI: PRA.COM | Jan 22 2024 23:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5394301 | | EDI: PRA.COM | Jan 22 2024 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5384818 | + | Email/Text: CollectionsDept@PFCU.COM | Jan 22 2024 18:40:00 | Phila Federal CU, 12800 Townsend Road, Philadelphia PA 19154-1095 |
| 5384981 | + | EDI: AIS.COM | Jan 22 2024 23:42:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5391185 | | EDI: SYNC | Jan 22 2024 23:42:00 | Synchrony Bank, PO Box 960061, Orlando FL 32896-0061 |
| 5384822 | + | EDI: SYNC | Jan 22 2024 23:42:00 | Synchrony Networks, PO Box 965036, Orlando FL 32896-5036 |
| 5384824 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2024 18:49:16 | TBOM/Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 5384823 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 22 2024 18:40:00 | Tbom/Fortiva MC, PO BOX 105555, Atlanta, GA 30348-5555 |
| 5393407 | + | EDI: LCIFULLSRV | Jan 22 2024 23:42:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5393645 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 22 2024 18:40:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 5384825 | + | EDI: Q3GTBI | Jan 22 2024 23:42:00 | The Bureaus, 650 Dundee Road Suite 370, Northbrook IL 60062-2757 |
| 5391189 | + | EDI: CITICORP | Jan 22 2024 23:42:00 | The Home Depot, PO Box 9001010, Louisville KY 40290-1010 |
| 5394736 | | EDI: AIS.COM | Jan 22 2024 23:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5384826 | + | EDI: VERIZONCOMB.COM | Jan 22 2024 23:42:00 | Verizon Wireless, PO Box 650051, Dallas TX |

75265-0051

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5393374 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5384821 | ##+ | Raymour and Flanigan, 1000 Macarthur Bv, Mahwah NJ 07430-2035 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Debra L Featherman johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Debra L Featherman<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6236<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:21–bk–00065–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Debra L Featherman
    aka Debra L Featherman

1/22/24

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2

Case 5:21-bk-00065-MJC    Doc 46    Filed 01/24/24    Entered 01/25/24 00:25:21    Desc
Imaged Certificate of Notice    Page 6 of 6